**Order entered April 17, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01095-CV

### JANOS FARKAS, Appellant

### V.

### AURORA LOAN SERVICES, LLC AURORA BANK FSB, ET AL., Appellees

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-02053-G**

## ORDER

The Court has before it appellant's April 12, 2013 motion for extension of time for filing reply brief, which is unopposed. The Court **GRANTS** the motion and **ORDERS** that any reply be filed by April 30, 2013.

/s/     ELIZABETH LANG-MIERS
            JUSTICE